UNITED STATES

v.

ADAM MUIR, JOHN S. LUNDIE AND HENRY B. BREVOORT

1806

JOURNAL ENTRIES

1. Depositions and recognizances filed . . . *Journal, infra,* *p. 17
2. Indictment delivered and filed . . . . . . . . " 20
3. Motion for new venire; order; marshal cautioned . . " 20
4. Motion for costs . . . . . . . . . . . " 20
5. Arraignment; plea; jurors; verdict . . . . . . . " 21
6. Argument heard in mitigation of fine . . . . . . " 24
7. Sentence (Muir) . . . . . . . . . . . " 24
8. Sentence (Lundie) . . . . . . . . . . . " 25
9. Sentence (Brevoort) . . . . . . . . . . " 25
10. Amended sentence (Muir) . . . . . . . . . " 26
11. Amended sentence (Lundie) . . . . . . . . . " 26
12. Amended sentence (Brevoort) . . . . . . . . " 26

PAPERS IN FILE

1. Subpoena for John Moody and Benjamin Chittenden . . . . . .